# United States Court of Appeals

## FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 11-1447**                    **September Term, 2012**

DHS-AT-0752-11-0765-I-1

**Filed On:** July 30, 2013

Jose Lacson,

      Petitioner

    v.

United States Department of Homeland
Security and Transportation Security
Administration,

      Respondents

 

    **BEFORE:**    Garland, Chief Judge; Brown, Circuit Judge; and Williams, Senior
                Circuit Judge

## O R D E R

    Upon consideration of the order to show cause filed July 23, 2013, and the
response thereto, it is

    **ORDERED** that the order to show cause be discharged.  It is

    **FURTHER ORDERED** that the sealed opinion filed July 23, 2013, be unsealed.
The Clerk is directed to unseal the opinion and issue it publicly.

### Per Curiam

                    **FOR THE COURT:**
                    Mark J. Langer, Clerk

          BY:    /s/
                 Jennifer M. Clark
                 Deputy Clerk